UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TEXTRON FINANCIAL CORPORATION,

          Plaintiff,

-vs-                                                  Case No.  2:09-cv-72-FtM-99SPC

CAPE REGAL YACHT CENTER, LLC, a Florida
limited liability company, ROBERT O. SAYLER,
WALTER BALDO, and PATRICIA F. BALDO,,

          Defendants.
_____/

**ORDER**

This matter comes before the Court on Defendant Walter Baldo's Claim of Exemption, Motion to Dissolve Writs of Garnishment, and Request for Hearing (Doc. #56) filed on October 22, 2010.  On November 17, 2010, a Suggestion of Bankruptcy (Doc. #68) as to Defendants Walter and Patricia Baldo was filed by Plaintiff Textron Financial Corporation.  On November 19, 2010, the District Court stayed this case as to Defendants Walter and Patricia Baldo only.  (Doc. #69).

Due to the fact that this case has been stayed as to Walter Baldo, the Court denies his Motion to Dissolve Writs of Garnishment as moot and without prejudice.  Walter Baldo may refile this Motion upon the completion of the bankruptcy proceedings.  The hearing that the Court had previously set for November 30, 2010 on this matter is cancelled.

Accordingly, it is now

**ORDERED:**

Defendant Walter Baldo's Claim of Exemption, Motion to Dissolve Writs of Garnishment, and Request for Hearing (Doc. #56) is **DENIED as moot** and without prejudice for leave to refile once the bankruptcy proceedings are complete.

The November 30, 2010 hearing in this matter is hereby **CANCELLED**.

**DONE AND ORDERED** at Fort Myers, Florida, this   22nd   day of November, 2010.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record